IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL C OGDEN,

    Petitioner,

v.                                            CASE NO. 5:14-cv-272-RV-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 23, 2014 (doc. 3), which recommended that the petition be dismissed prior to service.  The petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.  The Clerk must enter judgment stating, "Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed."  A certificate of appealability is denied.  Leave to proceed on appeal *in forma pauperis* is denied.

**DONE AND ORDERED** this 24th day of November 2014.

                                        /s/*Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**